# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carman, Mark L. | U.S. District Court | 06/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 387, Yellowstone Nartional Park, WY 82190

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager | Flying Fox Properties, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Charles Scwab Bank | Pledged Asset Line of Credit | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokage Account #1 | | | | | | | | | |
| 2. --Schwab US Treasurey Fund (SWUXX) | A | Interest | M | T | | | | | |
| 3. --3M Company (MMM) | A | Dividend | K | T | | | | | |
| 4. --Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 5. --Abbvie Inc (ABBV) | A | Dividend | K | T | | | | | |
| 6. --Agilent Technologies Inc (A) | A | Dividend | J | T | | | | | |
| 7. --Air Products & Chemicals Inc (APD) | A | Dividend | K | T | | | | | |
| 8. --Versum Materials Inc - (VSM) (spin off Air products and Chem.) | A | Dividend | J | T | Spinoff (from line 7) | 10/01/16 | J | | |
| 9. --American Express (AXP) | A | Dividend | | | Sold (part) | 01/06/16 | J | A | |
| 10. | | | | | Sold | 03/09/16 | J | A | |
| 11. --Apple, Inc - (AAPL) | A | Dividend | K | T | Sold (part) | 05/31/16 | J | A | |
| 12. --AT&T Inc - (T) | A | Dividend | J | T | | | | | |
| 13. --Auto Data Processing (ADP) | A | Dividend | K | T | Sold (part) | 08/01/16 | J | A | |
| 14. --BlackRock Inc (BLK) | A | Dividend | K | T | | | | | |
| 15. --Coca Cola Company - (KO) | A | Dividend | J | T | Sold (part) | 12/01/16 | J | A | |
| 16. --Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 17. --Fortive Corp -(FTV) (Spin off Danaher) | A | Dividend | J | T | Spinoff (from line 16) | 07/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Disney Walt Co - (DIS) | A | Dividend | J | T | | | | | |
| 19. --Ebay Inc - (EBAY) | A | Distribution | J | T | Buy (add'l) | 04/14/16 | J | | |
| 20. --EMC Corp - (EMC) | A | Dividend | | | Sold (part) | 08/03/16 | J | A | |
| 21. | | | | | Sold | 09/01/16 | J | A | |
| 22. --Equifax Inc (EFX) | A | Dividend | K | T | | | | | |
| 23. --Express Scripts Holding Company (ESRX) | A | Dividend | J | T | Buy (add'l) | 05/25/16 | J | | |
| 24. | | | | | Sold (part) | 08/26/16 | J | A | |
| 25. --Exxon Mobil Corporation (XOM) | A | Dividend | K | T | Buy (add'l) | 10/18/16 | J | | |
| 26. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 27. --General Dynamics Corp (GD) | A | Dividend | K | T | | | | | |
| 28. --Alphabet Inc Cl C - (GOOG) | A | Dividend | J | T | | | | | |
| 29. --Alphabet Inc Cl A (GOOGL) | A | Dividend | K | T | | | | | |
| 30. --First Dorsey Wright Focus - (FV) | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 31. --Gilead Sciences Inc (GILD) | A | Dividend | | | Sold | 07/27/16 | J | A | |
| 32. --Home Depot Inc (HD) | A | Dividend | K | T | Sold (part) | 11/10/16 | J | A | |
| 33. --IBM Corp (IBM) | A | Dividend | | | Sold | 01/20/16 | J | A | |
| 34. --JP Morgan Chase & Co (JPM) | A | Dividend | K | T | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Kimberly-Clark Corp - (KMB) | A | Dividend | J | T | Sold (part) | 10/25/16 | J | A | |
| 36. --Microsoft Corp (MSFT) | A | Dividend | K | T | Buy (add'l) | 05/11/16 | J | | |
| 37. --NASDAQ Inc (NDAQ) | A | Dividend | K | T | Sold (part) | 02/24/16 | J | A | |
| 38. --Nike Inc Class B - (NKE) | A | Dividend | J | T | Sold (part) | 10/03/16 | J | A | |
| 39. | | | | | Sold (part) | 11/30/16 | J | A | |
| 40. | | | | | Sold (part) | 03/09/16 | J | A | |
| 41. --Omnicom Group Inc (OMC) | A | Dividend | K | T | | | | | |
| 42. --PayPal Holdings Inc (PYPL) | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 43. | | | | | Sold (part) | 12/07/16 | J | A | |
| 44. --Costco Wholesale (COST) | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 45. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 46. --Amazon.com Inc - (AMZN) | A | Dividend | J | T | Buy | 10/27/16 | J | | |
| 47. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 48. --Fidelity National Information (FIS) | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 49. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 50. --Johnson Controls International (JCI) | A | Dividend | J | T | Buy | 07/15/16 | J | | |
| 51. | | | | | Buy (add'l) | 11/02/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Adient PLC (ADNT) | A | Dividend | J | T | Spinoff (from line 50) | 10/31/16 | J | | |
| 53. --Procter & Gamble Co (PG) | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 54. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 55. --TJX Companies Inc (TJX) | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 56. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 57. --Schlumberger LTD (SLB) | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |
| 58. --Sherwin Williams Co (SHW) | A | Dividend | J | T | | | | | |
| 59. --Snap-On Inc (SNA) | A | Dividend | J | T | | | | | |
| 60. --Stryker Corp (SYK) | A | Dividend | K | T | Sold (part) | 11/10/16 | J | A | |
| 61. --Wells Fargo & Co (WFC) | A | Dividend | K | T | Sold (part) | 07/12/16 | J | A | |
| 62. --Wyndham Worldwide - (WYN) | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 63. --Schwab Strategic Tr Emerging -Mkts Equity (SCHE) ETF - SCHE | A | Dividend | L | T | Buy (add'l) | 03/09/16 | J | | |
| 64. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 65. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 66. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 67. --SPDR Consumer Discretionary Select Sector - (XLY) | A | Dividend | | | Sold | 02/09/16 | J | | |
| 68. --iShares S&P Mid-Cap 400 Growth (IJK) | A | Dividend | L | T | Sold (part) | 04/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/10/16 | J | A | |
| 70. --IQ Hedge Multi-Strategy Tracker (QAI) | A | Dividend | M | T | Sold (part) | 06/16/16 | K | A | |
| 71. --iShares MSCI ETF - (ACWI) | A | Dividend | | | Sold | 01/15/16 | K | A | |
| 72. --SPDR S&P MidCap 400 (MDY) | A | Dividend | M | T | Sold (part) | 11/10/16 | K | A | |
| 73. --iShares MSCI Canada Index (EWC) | A | Dividend | K | T | Buy | 04/08/16 | J | | |
| 74. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 75. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 76. --Powershares DWA - (PIE) | A | Dividend | | | Buy | 03/09/16 | J | | |
| 77. | | | | | Sold | 12/07/16 | J | A | |
| 78. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | L | T | Sold (part) | 11/10/16 | J | A | |
| 79. --Driehaus Emerging Markets Growth- (DREGX) | A | Dividend | L | T | Buy (add'l) | 12/22/16 | J | | |
| 80. --Vanguard Interm Term Tax-Exempt Admiral (VWIUX) | C | Dividend | N | T | Sold (part) | 03/09/16 | K | B | |
| 81. --Vanguard Ltd Term Tax Exempt Admiral (VMLUX) | A | Dividend | M | T | Sold (part) | 03/09/16 | K | A | |
| 82. --Vanguard REIT Index ETF (VNQ) | A | Dividend | K | T | Sold (part) | 09/09/16 | J | A | |
| 83. | | | | | Sold (part) | 10/05/16 | J | A | |
| 84. | | | | | Sold (part) | 11/10/16 | J | A | |
| 85. --Vanguard FTSE Europe - (VGK) | A | Dividend | | | Sold | 11/04/16 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Vanguard Pacific Stock - (VPL) | B | Dividend | L | T | Buy (add'l) | 04/01/16 | K | | |
| 87. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 88. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 89.  --Schwab Internationl Equity -(SCHF) | A | Dividend | L | T | Buy | 11/04/16 | M | | |
| 90. | | | | | Sold (part) | 12/27/16 | L | A | |
| 91.  --iShares Dow Jones US Oil - (IEO) | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 92.  TRUST #3 | | | | | | | | | |
| 93.  --Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 94.  --iShares S&P 500 Growth Index - (IVW) | A | Dividend | J | T | Sold (part) | 06/16/16 | J | A | |
| 95. | | | | | Sold (part) | 07/27/16 | J | A | |
| 96.  --iShares S&P Mid-Cap 400 Growth - (IJK) | A | Dividend | J | T | Sold (part) | 06/16/16 | J | A | |
| 97.  --SPDR S&P MidCap 400 - (MDY) | A | Dividend | L | T | Sold (part) | 06/16/16 | J | A | |
| 98.  --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | Sold (part) | 07/27/16 | J | A | |
| 99.  --iShares S&P SmallCap 600 Index (IJR) | A | Dividend | J | T | Sold (part) | 07/27/16 | J | A | |
| 100.  --Vanguard FTSE Europe - (VGK) | A | Dividend | K | T | Sold (part) | 01/11/16 | L | A | |
| 101. | | | | | Sold (part) | 07/27/16 | J | A | |
| 102.  --Vanguard Emerging Markets (VWO) | A | Dividend | | | Sold | 01/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --Vanguard REIT Index ETF (VNQ) | A | Dividend | | | Sold (part) | 10/17/16 | J | A | |
| 104. | | | | | Sold | 12/1/16 | J | A | |
| 105. --IQ Hedge Multi-Strategy Tracker - (QAI) | A | Dividend | J | T | | | | | |
| 106. --iShares Core US Aggregate Bond - (AGG) | A | Dividend | J | T | Sold (part) | 07/27/16 | J | A | |
| 107. --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 108. --iShares S&P 500 Value (IVE) | A | Dividend | J | T | Sold (part) | 06/16/16 | J | A | |
| 109. --Schwab Strategic Tr Emerging Mkts Equity - (SCHE) | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 110. | | | | | Sold (part) | 06/16/16 | J | A | |
| 111. | | | | | Sold (part) | 07/27/16 | J | A | |
| 112. --SPDR DoubleLine Total Return - (TOTL) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 113. | | | | | | | | | |
| 114. New Your Life SEP Premium Plus Elite Variable Annuity | | | | | | | | | |
| 115. --MainStay VP Int'l Equity | A | Dividend | | | Sold | 09/06/16 | L | E | |
| 116. --MainStay VP Hi Yd BD | A | Dividend | | | Sold | 09/06/16 | K | F | |
| 117. --Fidelity Contra Fund | A | Dividend | | | Sold | 09/06/16 | L | E | |
| 118. --Fidelity VIP Mid Cap SC@ | A | Dividend | | | Sold | 09/06/16 | L | F | |
| 119. --MainStay VP U.S. Small Cap | A | Dividend | | | Sold | 09/06/16 | L | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --MainStay Mid Cap Core | A | Dividend | | | Sold | 09/06/16 | L | F | |
| 121. --MainStay VP MFS Utilities | A | Dividend | | | Sold | 09/06/16 | K | E | |
| 122. Thrivent Municpal Cond Fund-A | A | Dividend | L | T | | | | | |
| 123. Thrivent Diversified Income Plus Fund A | A | Dividend | J | T | | | | | |
| 124. Templeton Global Advisors Limited | C | Dividend | K | T | | | | | |
| 125. Templeton Investiment Consel LLC | A | Dividend | K | T | | | | | |
| 126. Pacific Life Insuarne Whole Life Policy | A | Interest | J | T | | | | | |
| 127. Brokerage Acct #2 | | | | | | | | | |
| 128. --Norther Calif Prw Bond | A | Interest | | | Redeemed | 01/04/16 | J | A | |
| 129. --Berkshire Hathaway | | None | J | T | Sold (part) | 08/18/16 | J | B | |
| 130. | | | | | Sold (part) | 10/07/16 | J | A | |
| 131. --Schwab Cash | A | Interest | J | T | | | | | |
| 132. IRA #1 | | | | | | | | | |
| 133. --Microsoft | A | Dividend | J | T | | | | | |
| 134. --Schwab Cash | A | Interest | J | T | | | | | |
| 135. IRA #2 | | | | | | | | | |
| 136. --Schwab Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --iShares Barclarys Aggregate Bond (AGG) | A | Dividend | J | T | | | | | |
| 138.  --iShares S&P 500 Citigroup Value Indes (IVE) | A | Dividend | J | T | Sold (part) | 05/24/16 | J | A | |
| 139.  --iShares S&P 500 Growth Indes (IVW) | A | Dividend | K | T | Sold (part) | 05/24/16 | J | A | |
| 140.  --iShares S&P MidCap 400 Growth (IJK) | A | Dividend | J | T | | | | | |
| 141.  --SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | | | | | |
| 142.  --iShares S&P SmallCap 600 (IJT) | A | Dividend | J | T | | | | | |
| 143.  --Vanguard Eurpoean Stock (VGK) | A | Dividend | J | T | | | | | |
| 144.  --Vanguard Emerging Market (VWO) | A | Dividend | | | Sold | 01/11/16 | J | A | |
| 145.  --Vanguard Corp Bond (VCSH) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 146.  --Vanguard REIT Index | A | Dividend | J | T | | | | | |
| 147.  --IQ Hedge Multi-Strategy Trachker (QAI) | A | Dividend | J | T | | | | | |
| 148.  --iShares S&P Small Cap Core (IJR) | A | Dividend | J | T | | | | | |
| 149.  --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Buy (add'l) | 04/18/16 | J | | |
| 150.  IRA #3 | | | | | | | | | |
| 151.  --SPDR DoubleLine Total Return (TOTL) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 152.  --SPDR Barclays Capital Short Term High Yield (SJNK) Bond - SJNK | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 153.  --SPDR Utilities Select Sector - (XLU) | A | Dividend | J | T | Buy | 10/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Guggenheim S&P 500 Equal Weight - (RSP) | A | Dividend | J | T | Buy | 12/13/16 | J | | |
| 155. --First Trust Dow Jones Internet Index - (FDN) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 156. --SPDR Materials Select Sector - (XLB) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 157. --Vanguard Intermediate Term Corp Bond Index - (VCIT) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 158. --iShares 3-7 Year Treasury Bond -(IEI) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 159. --Vanguard Mortgagebacked Securities Index (VMBS) ETF - VMBS | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 160. --Vanguard Market Neutral Investor - (VMNFX) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 161. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 162. --iShares MSCI Canada Index - (EWC) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 163. --SPDR Energy Select Sector - (XLE) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 164. --Schwab Hedged Equity - (SWHEX) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 165. --Guggenheim S&P 500 Equalwe Cons ETF - (RHS) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 166. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 167. --AQR Managed Futures Strategy N - (AQMNX) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 168. --SPDR Industrial Select Sector - (XLI) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 169. --SPDR Health Care Select Sector - (XLV) | A | Dividend | K | T | Buy | 10/17/16 | K | | |
| 170. --Rydex S&P Equal Weight Financial - (RYF) | A | Dividend | K | T | Buy | 10/17/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 172. --SPDR S&P MidCap 400 - (MDY) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 173. --Vanguard Information Technology - (VGT) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 174. --iShares MSCI USA - (MTUM) | A | Distribution | | | Buy | 10/17/16 | J | | |
| 175. | | | | | Sold | 12/13/16 | J | A | |
| 176. --IQ Hedge mult-Strategy (QAI) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 177. --iShares S&P Mid Cap (IJK) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 178. --Schwab Emerging Markets (SCHE) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 179. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 180. --SPDR Fund Consumer (XLY) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 181. --Vanguard Telecommunications (VOX) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 182. --Vanguard FTSE Pacific (VPL) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 183. --Vanguard Information Tech (VGT) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 184. --Vanguard REIT (VNQ) | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII  Lines 114-126.  This account was liquidated and rolled over into what is now labled IRA#3

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544